# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES, LLC d/b/a HOPE MEDICAL GROUP FOR WOMEN, on behalf of its patients, physicians, and staff,<br><br>       Plaintiff,<br><br> v.<br><br>STEPHEN R. RUSSO, in his official capacity as Interim Secretary of the Louisiana Department of Health; JIMMY GUIDRY, M.D., in his official capacity as State Health Officer; and JEFF LANDRY, in his official capacity as Attorney General for the State of Louisiana,<br><br>       Defendants. | Case No. 3:20-cv-229-JWD-EWD |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS
## THE COMPLAINT WITHOUT PREJUDICE

Pursuant to Rule 41(a) of Federal Rule of Civil Procedure, Plaintiff June Medical Services, LLC (d/b/a Hope Medical Group for Women) on behalf of its patients, physicians, and staff, by and through its counsel, hereby moves to voluntarily dismiss the Complaint without prejudice in the above-captioned matter, and respectfully represents to the Court as follows:

1. Plaintiff and Defendants Stephen R. Russo,[1] Jimmy Guidry, M.D., and Jeff Landry, in their official capacities, have agreed to dismissal of the above-captioned action without prejudice on the conditions agreed to in a Joint Stipulation Regarding Louisiana Department of Health's Healthcare Facility Notices/Orders Applied to Abortion & Related Lawsuit.

2. The Parties' agreement reflects that each Party shall bear its own attorney's fees and costs.

---

[1] On April 17, 2020, Dr. Courtney N. Phillips joined the Louisiana Department of Health as the Secretary, replacing Interim Secretary Stephen Russo. La. Dep't of Health, *Dr. Courtney N. Phillips joins Louisiana Department of Health as Secretary* (Apr. 17, 2020), http://ldh.la.gov/index.cfm/newsroom/detail/5552.

3. The Parties' agreement is effective upon this Court's entry of an order granting Plaintiff's voluntary motion to dismiss.

Dated: April 30, 2020

                                Respectfully submitted,

                                */s/ Ellie T. Schilling*

Jenny Ma*  
Caroline Sacerdote*  
Arielle Humphries*  
CENTER FOR REPRODUCTIVE RIGHTS  
199 Water Street, 22nd Floor  
New York, New York 10038  
Phone/Cell: (917) 637-3705  
Fax: (917) 637-3666  
Email: jma@reprorights.org  

                                Ellie T. Schilling  
                                Louisiana Bar No. 33358  
                                SCHONEKAS, EVANS, McGOEY  
                                & McEACHIN, LLC  
                                909 Poydras Street, Suite 1600  
                                New Orleans, LA 70112  
                                Phone/Cell: (504) 680-6050  
                                Fax: (504) 680-6051  
                                E-mail: Ellie@semmlaw.com  

* Admitted *Pro Hac Vice*

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of April, 2020, a true and correct copy of the foregoing was served on counsel for Defendants via the Middle District of Louisiana's Electronic Filing System.

                                        */s/ Ellie T. Schilling*
                                        Ellie T. Schilling